**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS,**

v.

**Oliver JENKINS et al.**

Court of Appeals of Kentucky.

Oct. 14, 1960.

Jo M. Ferguson, Atty. Gen., F. D. Curry, Chief Asst. Atty. Gen., James J. Shannon, Jr., Department of Highways, Richmond, for appellant.

J. K. Wells, Wells & Wells, Paintsville, for appellee.

PER CURIAM.

This case, involving damage to land, is before us on motion for an appeal under KRS 21.080.

The motion for an appeal is overruled and the judgment is affirmed.